UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPARK TECHNOLOGIES, INC. a/k/a IQSIM,

                        Plaintiff,

                v.

EMSIXTEEN CONSULTING, INC., and
MICHAEL KATZENELLENBOGEN,
individually,

                        Defendants.

25-CV-1389 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On February 21, 2025, the Court issued a Temporary Restraining Order against Defendants and ordered them to show cause why a preliminary injunction should not issue. The Court held a hearing on March 3, 2025 at 11:00 a.m., in which it declined to issue a preliminary injunction and urged Plaintiff to seek temporary relief in the Beth Din arbitration. On March 11, 2025, Plaintiff notified the Court that the Beth Din had issued an order in its favor, and advised the Court that it may later seek enforcement of the Beth Din's order. Given the time that has elapsed, the parties shall file a joint letter no later than April 15, 2025 updating the Court on the status of the arbitration proceedings and informing the Court whether this case can now be closed.

SO ORDERED.

Dated:     April 9, 2025
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge