UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPARK TECHNOLOGIES, INC. a/k/a IQSIM,

Plaintiff,

v.

EMSIXTEEN CONSULTING, INC., and MICHAEL
KATZENELLENBOGEN, individually,

Defendants.

No. 25-cv-1389 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

The Court has received a request from Plaintiff to reopen this action. That application is denied. This action was brought as an application for an injunction in aid of arbitration. The arbitration has now commenced before the Beth Din of America, which has issued two interim orders in Plaintiff's favor. Additionally, the parties have entered a settlement term sheet that provides the Beth Din as the exclusive forum for the adjudication of disputes arising out of that agreement.

If Plaintiff still seeks to reopen this action, it shall file a letter no later than May 21, 2025 explaining: (1) the precise nature of the dispute it contends is currently before the Court; (2) the basis for the Court's jurisdiction over that dispute; (3) the relief it seeks, including any anticipated motions; and (4) and the basis upon which the Court could grant such relief. Defendants shall submit their response, if any, no later than May 28, 2025.

SO ORDERED.

Dated:     May 16, 2025
           New York, New York

_____
Ronnie Abrams
United States District Judge