

Michael Steinmetz
164 West 25th Street
New York, NY
E: ms@gs2law.com
P: +1.212-380-3623

May 30, 2025

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:** *Spark Technologies, Inc. a/k/a iQsim v. Emsixteen Consulting, Inc. et al*,
       **1:25-cv-01389-RA**

Dear Judge Abrams,

We represent Plaintiff Spark Technologies, Inc. a/k/a IQSim ("Plaintiff") in the above-referenced action. Pursuant to the Court's May 29, 2025 Order (Dkt. No. 41) reopening this matter for the limited purpose of allowing Plaintiff to file a motion to confirm and/or enforce the interim orders issued by the Beth Din of America, we respectfully write to request a one-week extension of the current June 5, 2025 deadline.

The extension is necessary because the undersigned will be largely unavailable until Wednesday, June 4, 2025, in observance of the Shavuot holiday. This brief extension would allow adequate time to finalize the motion and the accompanying update on the status of the settlement dispute pending before the Beth Din.

This is Plaintiff's first request for an extension of this deadline. We conferred with opposing counsel, who has confirmed that they do not oppose the requested one-week extension.

We respectfully request that the Court extend the deadline for Plaintiff to file its motion to confirm and/or enforce the Beth Din's interim orders, and to submit its accompanying letter, from June 5, 2025 to June 12, 2025. If granted, we respectfully request that Defendants' opposition and Plaintiff's reply deadlines be extended accordingly, consistent with the briefing schedule set forth in the Court's prior Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

Application granted.

SO ORDERED.

*/s/ signature*

Hon. Ronnie Abrams
June 2, 2025

                 **Garson Segal Steinmetz Fladgate LLP**
                 *Attorneys for Plaintiff*

             By: /s/ *MichaelSteinmetz*
                Michael Steinmetz

                 cc: Counsel of Record (via ECF)