

Michael Steinmetz
164 West 25th Street
New York, NY
E: ms@gs2law.com
P: +1.212-380-3623

June 6, 2025

**VIAECF**
Honorable Ronnie Abrams
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Spark Technologies, Inc. a/k/a iQsim v. Emsixteen Consulting, Inc. et al*, **1:25-cv-01389-RA**

Dear Judge Abrams,

We write on behalf of Plaintiff Spark Technologies, Inc. a/k/a IQSim ("Spark") in the above-referenced matter, and jointly with Defendants EMSixteen Consulting, Inc. and Michael Katzenellenbogen (collectively, the "Parties"), to respectfully request a 30-day extension of Spark's current deadline to file its motion to confirm and/or enforce the interim orders issued by the Beth Din of America.

As Your Honor is aware, on May 29, 2025, this Court granted Spark's request to reopen this matter for the limited purpose of filing a motion to confirm and/or enforce the interim orders issued by the Beth Din. (ECF No. 41.)  Pursuant to that Order, Spark's motion was originally due by June 5, 2025.  On May 30, 2025, Spark requested an extension of that deadline due (ECF No. 42), which this Court granted, extending the deadline to June 12, 2025. (ECF No. 43.)

Earlier today, the Parties appeared for a hearing before the Beth Din to discuss resolution. A further hearing is set for Tuesday June 10, 2025 at 9:30am. The parties agree the Beth Din hearing may obviate or otherwise change the need for interim relief and Court assistance in the new few weeks.

Accordingly, the Parties jointly and respectfully request a 30-day extension of Spark's deadline to file its motion to confirm the and/or enforce interim orders—from June 12, 2025 to July 13, 2025.

We thank the Court for its attention to this matter.

Respectfully submitted,

cc: Counsel of Record (via ECF)

**Garson Segal Steinmetz Fladgate LLP**
*Attorneys for Plaintiff*

By:   /s/   Michael Steinmetz
      Michael Steinmetz

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
June 11, 2025