UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPARK TECHNOLOGIES, INC. a/k/a IQSIM,

      Plaintiff,

    v.

EMSIXTEEN CONSULTING, INC., and
MICHAEL KATZENELLENBOGEN,
*individually*,

      Defendants.

25-CV-1389 (RA)

<u>ORDER</u>

---

RONNIE ABRAMS, United States District Judge:

  On May 29, 2025, the Court granted Plaintiff's application to reopen this action for the limited purpose of filing a motion to confirm and/or enforce the interim orders. Plaintiff was initially ordered to file its motion no later than June 5, 2025. *See* Dkt. No. 41. Since then, Plaintiff has requested and been granted four extensions to file its motion. *See* Dkt. Nos. 42–49. Plaintiff's latest deadline to file its motion was August 26, 2025. *See* Dkt. No. 49.

  To date, no motion and no corresponding letter providing an update on the status of the settlement have been filed. *See* Dkt. No. 41. Plaintiff shall file its motion and letter no later than September 5, 2025 or request an additional extension, which will not be granted without good cause.

SO ORDERED.

Dated:  August 29, 2025
     New York, New York

                   _____
                   Ronnie Abrams
                   United States District Judge