UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPARK TECHNOLOGIES, INC. a/k/a IQSIM,

     Plaintiff,

   v.

EMSIXTEEN CONSULTING, INC., and
MICHAEL KATZENELLENBOGEN,
individually,

     Defendant.

25-CV-1389 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 29, 2025, the Court granted Plaintiff's application to reopen this action for the limited purpose of filing a motion to confirm and or enforce the interim orders. Plaintiff requested and was granted several extensions to file its motion. *See* Dkt. Nos. 42–49. On September 8, 2025, Plaintiff advised the Court that the parties had exchanged final drafts of a settlement agreement and were in the final phase of resolution, and requested a final extension to submit its motion. *See* Dkt. No. 51. The Court granted the extension but advised that no further extensions would be granted absent good cause. *See* Dkt. No. 52.

To date, no motion and no corresponding letter providing an update on the status of the settlement have been filed. The parties shall submit a joint letter no later than January 5, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   December 17, 2025
     New York, New York

                 _____
                 Ronnie Abrams
                 United States District Judge