UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPARK TECHNOLOGIES, INC. a/k/a IQSIM,

Plaintiff,

v.

EMSIXTEEN CONSULTING, INC., and
MICHAEL KATZENELLENBOGEN, *individually*,

Defendants.

25-CV-1389 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 29, 2025, the Court granted Plaintiff's application to reopen this action for the limited purpose of filing a motion to confirm and/or enforce the interim orders. Plaintiff requested and was granted several extensions to file its motion. *See* Dkt. Nos. 42–49. On September 8, 2025, Plaintiff advised the Court that the parties had exchanged final drafts of a settlement agreement and were in the final phase of resolution, and requested a final extension to submit its motion. *See* Dkt. No. 51. The Court granted the extension but advised that no further extensions would be granted absent good cause. *See* Dkt. No. 52.

To date, no motion and no corresponding letter providing an update on the status of the settlement have been filed. Plaintiff shall file its motion and a status letter no later than April 17, 2026. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      April 6, 2026
            New York, New York

_____
Ronnie Abrams
United States District Judge