UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPARK TECHNOLOGIES, INC. a/k/a IQSIM,

Plaintiff,

v.

EMSIXTEEN CONSULTING INC. and MICHAEL KATZENELLENBOGEN,

Defendants.

25-CV-1389 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff's April 17, 2026 motion for the Court to confirm and enforce arbitral orders, Dkt. 59, is DENIED without prejudice to renewal by formal motion. *See* Local Civil Rule 7.1 (providing that, except for letter-motions permitted by the rules or as directed by the Court, motions must include "[a] memorandum of law, setting forth the cases and other authorities relied on in support of the motion, and divided, under appropriate headings, into as many parts as there are issues to be determined"). Any renewed motion must comply with Local Civil Rule 7.1.

SO ORDERED.

Dated: October 13, 2026
New York, New York

Ronnie Abrams
United States District Judge